WILMERHALE

January 14, 2014

**Dominic E. Massa**

+1 617 526 6386 (t)
+1 617 526 5000 (f)
dominic.massa@wilmerhale.com

**By ECF**

The Honorable Daniel E. O'Toole
Clerk of the Court
United States Court of Appeals for the Federal Circuit
717 Madison Place NW
Washington, D.C. 20005

Re: *In re Broadcom Corp., et al.*, Misc No. 13-141
     *Azure Networks, LLC, et al. v. CSR plc, et al.*, Appeal No. 2013-1459

Dear Mr. O'Toole:

I write on behalf of all Appellees in No. 2013-1459, which includes the Petitioners in Misc. No. 13-141 (together "Appellees").

Misc. No. 13-141 involves a petition for mandamus with respect to the district court's denial of a motion to transfer venue. After this Court's denial of the petition, the Supreme Court granted certiorari, vacated this Court's judgment, and remanded to this Court for further proceedings. *See Broadcom Corp. v. United States District Court for the Eastern District of Texas, et al.*, No. 12-1475 (U.S. Dec. 9, 2013).

In the meantime, the underlying case proceeded to final judgment in favor of Appellees. Plaintiffs-Appellants Azure Networks, LLC, *et al.*, have noticed an appeal from that judgment, which is pending in this Court as Appeal No. 13-1459.

Given that this Court alone has jurisdiction over both of the related matters, and that only Broadcom Corporation sought relief relating to the forum selection clause issue remaining in Misc. No. 13-141, Appellees believe the most efficient course is for the Court to decide the merits of Appeal No. 13-1459 first. If the judgment in No. 13-1459 is affirmed on the merits, then it may be unnecessary to reach Misc. No. 13-141. Alternatively, if the Court wishes, it could decide both matters in parallel. However, Appellees believe there is no need to further stay Appeal No. 13-1459, and that the Court should proceed to hear that case at the very least.

Respectfully submitted,

*/s/ Dominic E. Massa*_____
Dominic E. Massa

cc: Counsel of Record

Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109
Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Oxford    Palo Alto    Waltham    Washington